UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| DEVON JAMAL TOWNSEND,<br><br>    Plaintiff,<br><br>v.<br><br>C.O. II AMY CONNELL,<br>CO II JOHN MOST,<br>LT. JAMES SMITH,<br>CO II BRADLEY RITCHIE,<br>C.O. LANE BUTERBAUGH,<br>C.O. II. JOSHUA HENRY,<br>C.O. II DANIEL FRENZEL,<br>C.O. II JUSTIN BROOKS,<br>C.O. II HARRY CARR,<br>WILLIAM LOGSDON,<br>SGT. FLOYD BENSON,<br>SGT. SLATE,<br>HEARING OFFICER JAMIE FARRIS,<br><br>    Defendants. | Civil Action No.: TDC-19-2803 |

**ORDER**

Upon consideration of Plaintiff Devon Jamal Townsend's Motion for Appointment of Counsel, and good cause being found, it is hereby ORDERED that:

1. The Motion for Appointment of Counsel, ECF No. 31, is GRANTED.

2. The Clerk shall provide a copy of this Order to the Pro Bono Coordinator who shall identify a member of the bar of this Court to represent Townsend.

3. After allowing appointed counsel 30 days to review the filings in this case, the Court shall enter a Scheduling Order authorizing the parties to initiate discovery.

4. The Clerk shall provide a copy of this order to Townsend and to counsel for Defendants.

Date: July 6, 2021



THEODORE D. CHUANG
United States District Judge